AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-411

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lawrence Wasden, Office of the Attorney General, State of Idaho
was received by me on *(date)* 10/6/2022

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nicole McKay, Chief deputy , who is
designated by law to accept service of process on behalf of *(name of organization)* The Office of the Attorney General at 700 W Jefferson St Ste 210, Boise, ID 83720 on *(date)* 10/7/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/7/2022

*Server's signature*

Kristina Whipkey
*Printed name and title*

750 W Bannock St #2092, Boise ID 83702
*Server's address*

Additional information regarding attempted service, etc: