LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN
Chief of Civil Litigation

BRIAN V. CHURCH, ISB #9391
Deputy Attorney General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
brian.church@ag.idaho.gov

*Attorney for Defendants*

# UNITED STATE DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>　　　Plaintiff,<br><br>v.<br><br>BRAD LITTLE, in his capacity as the Governor of Idaho; and LAWRENCE WASDEN, in his capacity as the Attorney General of Idaho,<br><br>　　　Defendants. | Case No. 1:22-cv-411<br><br>**SECOND STIPULATED EXTENSION OF TIME TO FILE DEFENDANTS' RESPONSIVE PLEADING** |

　　　Plaintiff Satanic Temple, by and through its attorneys of record, Jeremiah M. Hudson, of Fisher Hudson Shallat, and W. James Mac Naughton, Esq. (pro hac vice application to be made), and Defendants Brad Little and Lawrence Wasden, by and through their attorney of record, Deputy Attorney General Brian V. Church, of the Office of the Attorney General, hereby agree and stipulate to extending the time for Defendants to file their responsive pleading to the Complaint to November 22, 2022.  Good cause supports this second extension because counsel

for Defendants has been ill and has been unable to complete the responsive pleading in the time originally contemplated by the first extension.

DATED: November 14, 2022.		STATE OF IDAHO
						OFFICE OF THE ATTORNEY GENERAL

						By: /s/ Brian V. Church
						BRIAN V. CHURCH
						Deputy Attorney General

DATED: November 14, 2022.		FISHER HUDSON SHALLAT

						By: /s/ Jeremiah M. Hudson
						JEREMIAH M. HUDSON
						Counsel for Plaintiff

STIPULATED EXTENSION OF TIME TO FILE DEFENDANTS' RESPONSIVE PLEADING - 2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jeremiah M. Hudson
FISHER HUDSON SHALLAT
jeremiah@fisherhudson.com

AND I FURTHER CERTIFY that on such date I served a courtesy copy the foregoing on the following non-CM/ECF registered participant in the manner via email:

W. James Mac Naughton (pro hac vice application to be made)
wjm@wjmesq.com

                                                    */s/ Brian V. Church*
                                                    BRIAN V. CHURCH
                                                    Deputy Attorney General