LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN
Chief of Civil Litigation

BRIAN V. CHURCH, ISB #9391
DAYTON P. REED, ISB #10775
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
brian.church@ag.idaho.gov
dayton.reed@ag.idaho.gov

*Attorneys for Defendants*

## UNITED STATE DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>     Plaintiff,<br><br>v.<br><br>BRAD LITTLE, in his capacity as the Governor of Idaho; and LAWRENCE WASDEN, in his capacity as the Attorney General of Idaho,<br><br>     Defendants. | Case No. 1:22-cv-411-REP<br><br>**DEFENDANTS'<br>MOTION TO DISMISS** |

   Defendants, Governor Brad Little and Attorney General Lawrence Wasden, move to dismiss The Satanic Temple's Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Defendants request dismissal of the Complaint under Rule 12(b)(1) because The Satanic Temple lacks representational standing. Defendant Governor Little seeks dismissal of the Complaint under Rule 12(b)(1) because he has Eleventh Amendment immunity and is not a proper *Ex parte Young* defendant. Additionally, The Satanic Temple lacks standing to assert any

DEFENDANTS' MOTION TO DISMISS - 1

challenge to the criminal provisions in Idaho Code § 18-8805. These grounds justify dismissing the Complaint in its entirety without a claim-by-claim analysis.

But even considering the federal claims themselves, each should be dismissed under Rule 12(b)(6). With respect to the state law claim, Defendants note that they have Eleventh Amendment immunity from suit, and so the Court lacks jurisdiction over this claim. Even if the Court believed it could exercise jurisdiction, Defendants would ask that the Court decline to exercise supplemental jurisdiction. And even if the Court assumed supplemental jurisdiction of the state law claim, Defendants ask that the Court dismiss it under Rule 12(b)(6).

For these reasons, and the reasons outlined in the accompanying memorandum, Defendants move to dismiss the Complaint.

DATED:  November 22, 2022.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By:   */s/ Brian V. Church*
BRIAN V. CHURCH
DAYTON P. REED
Deputy Attorneys General

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jeremiah M. Hudson
FISHER HUDSON SHALLAT
jeremiah@fisherhudson.com

W. James Mac Naughton
wjm@wjmesq.com

*/s/ Brian V. Church*
BRIAN V. CHURCH
Deputy Attorney General