The Jeremiah M. Hudson
Fisher Hudson Shallat
jeremiah@fisherhudson.com
ISB No. 8364
950 W. Bannock St., Suite 630
Boise, ID 83702
208-345-7000

W. James Mac Naughton, Esq.
wjm@wjmesq.com
NJSB No. 000701985
7 Fredon Marksboro Road
Newton, NJ 07860
732-213-8180
*Pro Hac Vice*

*Attorneys for Plaintiff The Satanic Temple*

## UNITED STATE DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>     Plaintiff,<br><br>v.<br><br>BRAD LITTLE, in his capacity as the Governor of Idaho; and LAWRENCE WASDEN, in his capacity as the Attorney General of Idaho,<br><br>     Defendants. | Case No. 1:22-cv-411<br><br>**STIPULATED EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

Plaintiff The Satanic Temple, by and through its attorneys of record, Jeremiah M. Hudson, of Fisher Hudson Shallat, and W. James Mac Naughton, Esq., and Defendants Brad Little and Lawrence Wasden, by and through their attorney of record, Deputy Attorney General Brian V. Church, of the Office of the Attorney General, hereby agree and stipulate to extending the time for Plaintiff to file its response to Defendants' Motion to Dismiss (Dkt. 12) to January 3, 2023.

STIPULATED EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS - 1

DATED:  December 2, 2022.    FISHER HUDSON SHALLAT

By: */s/ Jeremiah M. Hudson*
Jeremiah M. Hudson
Counsel for Plaintiff

DATED:  December 2, 2022.    STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By: */s/ Brian V. Church*
Brian V. Church
Deputy Attorney General

STIPULATED EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of December, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Brian v. Church
Deputy Attorney General
brian.church@ag.idaho.gov

Dayton P. Reed
Deputy Attorney General
Dayton.reed@ag.idaho.gov

*/s/ Jeremiah Hudson*
Jeremiah Hudson
