LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

BRIAN V. CHURCH, ISB #10597
DAYTON P. REED, ISB #10775
Deputy Attorneys General
954 W Jefferson, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
brian.church@ag.idaho.gov
dayton.reed@ag.idaho.gov

  Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>  Plaintiff,<br><br>v.<br><br>BRAD LITTLE, in his capacity as the Governor of Idaho; and LAWRENCE WASDEN, in his capacity as the Attorney General of Idaho,<br><br>  Defendants. | Case No. 1:22-cv-00411-REP<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

  NOTICE IS GIVEN that Deputy Attorney General Dayton P. Reed, co-counsel for Defendants, withdraws as an attorney of record for Defendants and requests that his name be removed as attorney of record.  Deputy Attorney General Brian V. Church will continue as counsel of record for Defendants.

NOTICE OF WITHDRAWAL OF COUNSEL – 1

DATED this 21st day of December, 2022.

                    STATE OF IDAHO
                    OFFICE OF THE ATTORNEY GENERAL

By: /s/ *Dayton P. Reed*
     DAYTON P. REED
     Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jeremiah M. Hudson
FISHER HUDSON SHALLAT
jeremiah@fisherhudson.com

W. James Mac Naughton
wjm@wjmesq.com

                    /s/ *Dayton P. Reed*
                    DAYTON P. REED