RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN D. WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
*Attorneys for Defendants*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>    Plaintiff,<br><br>v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of Idaho, JAN M. BENNETTS, in her capacity as Ada County Prosecutor, and THE STATE OF IDAHO,<br><br>    Defendants. | Case No. 1:22-cv-411-DCN<br><br>**NOTICE OF APPEARANCE** |

    NOTICE IS HEREBY GIVEN that Lincoln D. Wilson, Deputy Attorney General, hereby appears as an attorney of record for Defendants. All future pleadings, submissions and correspondence should be addressed to Lincoln D. Wilson and Brian V. Church as counsel for Defendants.

NOTICE OF APPEARANCE - 1

DATED: February 17, 2023.

                                          STATE OF IDAHO
                                          OFFICE OF THE ATTORNEY GENERAL

                                By: /s/ *Lincoln D. Wilson*
                                          LINCOLN D. WILSON
                                          Deputy Attorney General

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jeremiah M. Hudson
Fisher Hudson Shallat
jeremiah@fisherhudson.com

W. James Mac Naughton
wjm@wjmesq.com

                                            /s/ *Lincoln D. Wilson*
                                            LINCOLN D. WILSON
                                            Deputy Attorney General