RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>    Plaintiff,<br><br>v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of Idaho, JAN M. BEN-NETTS, in her capacity as Ada County Prosecutor, and THE STATE OF IDAHO,<br><br>    Defendants. | Case No. 1:22-cv-411-DCN<br><br>**MOTION TO DISMISS** |

Defendants move this Court to dismiss the Amended Complaint, Dkt. 15, under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  Defendants are entitled to dismissal under Rule 12(b)(1) because the State of Idaho is immune to suit in federal court and because The Satanic Temple lacks standing to bring the claims against the individual Defendants.  Defendants are entitled to dismissal under Rule 12(b)(6)

because the Amended Complaint's claims fail to state a claim as a matter of law.  The Satanic Temple's disagreements with Idaho's legislative decisions do not confer Article III jurisdiction nor create a colorable constitutional claim.  For these reasons and those expressed in the accompanying memorandum, The Satanic Temple's Amended Complaint should be dismissed.

DATED:  March 14, 2023.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL


By:    /s/ Lincoln Davis Wilson
LINCOLN DAVIS WILSON
Chief, Civil Litigation and Constitutional Defense
Deputy Attorney General
BRIAN V. CHURCH
Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jeremiah M. Hudson
Fisher Hudson Shallat
jeremiah@fisherhudson.com

W. James Mac Naughton
wjm@wjmesq.com


/s/ *Lincoln Davis Wilson*
LINCOLN DAVIS WILSON
Deputy Attorney General