Jeremiah M. Hudson
FISHER HUDSON SHALLAT
jeremiah@fisherhudson.com
ISB No. 8364
950 W. Bannock St., Suite 630
Boise, ID 83702
208-345-7000

W. James Mac Naughton, Esq.
wjm@wjmesq.com
NJSB No. 000701985
7 Fredon Marksboro Road
Newton, NJ 07860
732-213-8180
*Pro Hac Vice*

*Attorneys for Plaintiff The Satanic Temple*

## UNITED STATE DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>    Plaintiff,<br><br>v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of Idaho, JAN M. BENNETTS, in her capacity as Ada County Prosecutor, and THE STATE OF IDAHO,<br><br>    Defendants. | Case No. 1:22-cv-411-DCN<br><br>**STIPULATED EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

Plaintiff The Satanic Temple, by and through its attorneys of record, Jeremiah M. Hudson, of Fisher Hudson Shallat, and W. James Mac Naughton, Esq., and Defendants Raul Labrador and Jan M. Bennetts, by and through their attorney of record, Lincoln Davis Wilson, Chief of Civil Litigation and Constitutional Defense of the Office of the Attorney General of Idaho, hereby agree

STIPULATED EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS - 1

and stipulate to extending the time for Plaintiff to file its response to Defendants' Motion to Dismiss (Dkt. 23) to May 4, 2023.

DATED: March 28, 2023.　　　　　　　FISHER HUDSON SHALLAT

　　　　　　　　　　　　　　　　　　By: /s/ *Jeremiah M. Hudson*
　　　　　　　　　　　　　　　　　　　　Jeremiah M. Hudson
　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

DATED: March 28, 2023.　　　　　　　STATE OF IDAHO
　　　　　　　　　　　　　　　　　　OFFICE OF THE ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　By: /s/
　　　　　　　　　　　　　　　　　　　　Lincoln Davis Wilson
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant

STIPULATED EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Lincoln Davis Wilson
Chief of Civil Litigation and Constitutional Defense
lincoln.wilson@ag.idaho.gov

Brian V. Church
Deputy Attorney General
brian.church@ag.idaho.gov

                                                                      */s/ Jeremiah Hudson*
                                                                       Jeremiah Hudson