UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>    Plaintiff,<br><br>v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of Idaho, JAN M. BENNETTS, in her capacity as Ada County Prosecutor, and THE STATE OF IDAHO,<br><br>    Defendants. | Case No. 1:22-cv-411-DCN<br><br>**ORDER RE: STIPULATED EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

THIS MATTER, having come regularly before the Court upon the parties Stipulated Extension of Time to File Plaintiff's Response to Defendants' Motion to Dismiss and good cause appearing therefore;

IT IS HEREBY ORDERED that the parties' Stipulated Extension of Time to File Plaintiff's Response to Defendants' Motion to Dismiss (Dkt. 24) is GRANTED, and the time for Plaintiff to file Plaintiff's Response to Defendants' Motion to Dismiss in this matter is extended to **May 4, 2023**.

DATED: March 29, 2023

David C. Nye
Chief U.S. District Court Judge

ORDER – 1