The Jeremiah M. Hudson
Fisher Hudson Shallat
jeremiah@fisherhudson.com
ISB No. 8364
950 W. Bannock St., Suite 630
Boise, ID 83702
208-345-7000

W. James Mac Naughton, Esq.
wjm@wjmesq.com
NJSB No. 000701985
7 Fredon Marksboro Road
Newton, NJ 07860
732-213-8180
*Pro Hac Vice*

*Attorneys for Plaintiff The Satanic Temple*

# UNITED STATE DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>     Plaintiff,<br><br>v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of Idaho, JAN M. BENNETTS, in her capacity as Ada County Prosecutor, and THE STATE OF IDAHO,<br><br>     Defendants. | Case No. 1:22-cv-411-DCN<br><br>**STIPULATION TO EXCEED PAGE LIMITS FOR PLAINTIFF'S RESPONSE AND DEFENDANTS' REPLY TO DEFENDANTS' MOTION TO DISMISS (DKT. 24), AND TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPLY** |

Plaintiff The Satanic Temple, by and through its attorneys of record, Jeremiah M. Hudson,

of Fisher Hudson Shallat, and W. James Mac Naughton, Esq., and Defendants Raúl Labrador, Jan

Bennetts, and the State of Idaho, by and through their attorneys of record, Lincoln Davis Wilson

and Brian V. Church of the Office of the Attorney General of Idaho, hereby agree and stipulate to

request that the Court allow Plaintiff an additional 5 pages beyond the 20-page limit for its Response to Defendants' Motion to Dismiss, and to allow Defendants an additional 5 pages beyond its 10-page limit for its Reply brief in support of Defendants' Motion to Dismiss. Idaho Local Rule Civ 7.1(a)(2). The parties request these additional pages to adequately address several arguments made in Defendants' Motion to Dismiss.

Further, the parties respectfully request that Defendants be given until June 1, 2023 to file their Reply in support of Defendants' Motion to Dismiss.

DATED:  April 21, 2023.                    FISHER HUDSON SHALLAT


                                           By:  */s/ Jeremiah M. Hudson*
                                                Jeremiah M. Hudson
                                                Counsel for Plaintiff


DATED:  April 21, 2023.                    STATE OF IDAHO
                                           OFFICE OF THE ATTORNEY GENERAL


                                           By:  */s/*
                                                Lincoln Davis Wilson
                                                Counsel for Defendants

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 21st day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Lincoln Davis Wilson
Chief of Civil Litigation and Constitutional Defense
lincoln.wilson@ag.idaho.gov

Brian V. Church
Deputy Attorney General
brian.church@ag.idaho.gov

*/s/ Jeremiah Hudson*
Jeremiah Hudson