The Jeremiah M. Hudson
Fisher Hudson Shallat
jeremiah@fisherhudson.com
ISB No. 8364
950 W. Bannock St., Suite 630
Boise, ID 83702
208-345-7000

W. James Mac Naughton, Esq.
wjm@wjmesq.com
NJSB No. 000701985
7 Fredon Marksboro Road
Newton, NJ 07860
732-213-8180
*Pro Hac Vice*

*Attorneys for Plaintiff The Satanic Temple*

**UNITED STATE DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>    Plaintiff,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of Idaho, JAN M. BENNETTS, in her capacity as Ada County Prosecutor, and THE STATE OF IDAHO,<br><br>    Defendants. | Case No. 1:22-cv-411-DCN<br><br>**STIPULATION TO REDACT AND KEEP CONFIDENTIAL THE NAME OF PLAINTIFF'S EXPERT MEDICAL WITNESS FROM PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS (DKT. 23)** |

Plaintiff The Satanic Temple, by and through its attorneys of record, Jeremiah M. Hudson, of Fisher Hudson Shallat, and W. James Mac Naughton, Esq., and Defendants Raúl Labrador, Jan Bennetts, and the State of Idaho, by and through their attorneys of record, Lincoln Davis Wilson and Brian Church of the Office of the Attorney General of Idaho, hereby agree and stipulate to

request that the Court allow Plaintiff to redact and keep confidential the name and identifying information of Plaintiff's expert witness from a Declaration submitted by Plaintiff's expert witness and from Plaintiff's Response to Defendants' Motion to Dismiss ("Plaintiff's Expert Witness Declaration").[1] Plaintiff will file a copy of Plaintiff's Expert Witness Declaration with the witness' name and identifying information redacted. The parties agree to refer to Plaintiff's Expert Witness Declaration in papers filed with the Court by the witness' initials. Plaintiff will provide Defendants with an unredacted version of Plaintiff's Expert Witness Declaration, which Defendants will keep confidential. Plaintiff will file an unredacted version of Plaintiff's Expert Witness Declaration with the Court under seal.

Redaction of the name and identifying information of Plaintiff's expert witness is proper because Plaintiff's counsel has a good faith reason to believe that Plaintiff's expert witness, her family, and/or her place of employment might be subjected to threats of violence or targeted harassment due to the disclosure of her identity. Plaintiff's counsel does not believe that the public interest in disclosing the identity of Plaintiff's expert witness at this initial stage of litigation outweighs the safety interest of Plaintiff's expert witness. Plaintiff's counsel believes that additional time to adequately prepare Plaintiff's expert witness, her family, and her place of employment for any potential threats and harassment would be beneficial in the event that the Plaintiff's expert testimony be needed in subsequent phases of the above-entitled case.

This stipulation is not intended to extend beyond the pleadings related to Defendant's Motion to Dismiss. This stipulation is without prejudice to Defendants' right to petition the Court

---

[1] By entering this agreement, Defendants do not waive any defense or objection to Plaintiff's expert witness or Plaintiff's Expert Witness Declaration.

STIPULATION TO REDACT AND KEEP CONFIDENTIAL THE NAME OF PLAINTIFF'S EXPERT MEDICAL WITNESS FROM PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS (DKT. 23) - 2

to lift the seal on the Expert Witness Declaration and be relieved of its confidentiality obligations herein.

DATED: May 2, 2023.                          FISHER HUDSON SHALLAT

                                             By: /s/ Jeremiah M. Hudson
                                             Jeremiah M. Hudson
                                             Counsel for Plaintiff

DATED: May 2, 2023.                          STATE OF IDAHO
                                             OFFICE OF THE ATTORNEY GENERAL

                                             By: /s/ Brian V. Church
                                             Brian V. Church
                                             Deputy Attorney General
                                             Counsel for Defendant

STIPULATION TO REDACT AND KEEP CONFIDENTIAL THE NAME OF PLAINTIFF'S EXPERT MEDICAL WITNESS FROM PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS (DKT. 23) - 3

**CERTIFICATE OF SERVICE**

  I Hereby Certify that on this 2nd day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Lincoln Davis Wilson
Chief of Civil Litigation and Constitutional Defense
lincoln.wilson@ag.idaho.gov

Brian V. Church
Deputy Attorney General
brian.church@ag.idaho.gov

                */s/ Jeremiah Hudson*
                Jeremiah Hudson