UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>　　Plaintiff,<br><br>v.<br><br>RAÛL LABRADOR, in his capacity as the Attorney General of Idaho, JAN M. BENNETTS, in her capacity as Ada County Prosecutor, and THE STATE OF IDAHO,<br><br>　　Defendants. | Case No. 1:22-cv-00411-DCN<br><br>**ORDER RE:  STIPULATION TO REDACT AND KEEP CONFIDENTIAL THE NAME OF PLAINTIFF'S EXPERT MEDICAL WITNESS FROM PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS (DKT. 23)** |

THIS MATTER, having come regularly before the Court upon the parties Stipulation to Redact and Keep Confidential the Name of Plaintiff's Expert Medical Witness from Plaintiff's Response to Defendants' Motion to Dismiss (Dkt. 23), and good cause appearing therefore;

IT IS HEREBY ORDERED that the parties' Stipulation is **GRANTED**, and the name and identifying information pertaining to Plaintiff's expert witness shall be redacted from filings associated with Defendant's Motion to Dismiss (Dkt. 23).

DATED: May 3, 2023

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 1