UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

---

THE SATANIC TEMPLE

Plaintiff

v.

Index No. 1:22-cv-411

RAUL LABRADOR, in his capacity as the Attorney General of Idaho, JAN M. BENNETTS, in her capacity as Ada County Prosecutor, and THE STATE OF IDAHO

Defendants

---

**DECLARATION OF ERIN HELIAN**

Erin Helian, pursuant to 28 U.S.C. §1746, declares under penalty of perjury the following statements are true and correct:

1. I am an Executive Director of and also a member of Plaintiff The Satanic Temple ("TST"). My areas of responsibility include the creation and operation of the TST Clinic, as described in the First Amendment Complaint ("Complaint") at ¶¶ 17 to 22. I make this declaration in opposition to the Defendants' motion to dismiss, ECF No. 23.

2. Erin Helian is an assumed name. I will not disclose my real name due to my fear of violent retribution from domestic terrorists motivated by animosity to proponents of abortion and non-Christian religious beliefs.

3. TST was incorporated as a Massachusetts religious organization in 2017 using the name "The Satanic Temple" and changed its name in 2019 to "The Satanic Temple, Inc." Attached as Exhibit A is a true copy of the Articles of Incorporation of TST filed with the

Commonwealth of Massachusetts in 2017. Attached as Exhibit B is a true copy of the search results for "The Satanic Temple" at the MA Corporations Search Entity webpage. The Plaintiff in this case is the same entity that incorporated in 2017 and is currently listed as The Satanic Temple, Inc. in the state corporate records of MA and NM.

4. TST venerates, but does not worship, the allegorical Satan described in the epic poem Paradise Lost - the defender of personal sovereignty against the dictates of religious authority.

5. Members in TST adhere to seven tenets (the "TST Tenets") commonly associated with secular humanism and described in the Complaint at ¶4.

6. TST promotes the TST Tenets with a variety of programs, including, but not limited to, litigating the validity of abortion regulations that infringe on the TST Tenets. TST has financed such litigation in federal courts in Missouri, Texas and the 8th Circuit and in Missouri state court.

7. TST is a voluntary membership organization, closely identified with TST members and subject to their influence. TST maintains a website at https://thesatanictemple.com. TST members can and do routinely organize events to promote the TST Tenets, with the support and encouragement of TST. TST members can and do routinely voice their opinions on the formulation and implementation of the TST Tenets and TST responds to those opinions.

8.	There is a surprisingly large number of people in the US who profess to be Satanists,[1] including some who actually worship Satan as a deity.  TST serves the segment of the Satanist community that regards Satan as the allegorical figure described in Milton's Paradise Lost.  Adherence to the TST Tenets is central to their concept of being a Satanist and antithetical to the worship of Satan.

9.	TST has at least 3,500 members in Idaho.  They are generally between 16 and 40 years old.

10.	TST has approximately 1,750 female TST members residing in Idaho.

11.	The TST members wish to remain anonymous due to the risk of violent retribution from domestic terrorists motivated by animosity to proponents of abortion and non-Christian religious beliefs.

12.	Consistent with TST Tenets III and V, TST members believe the fetal tissue a pregnant woman carries in her uterus – from conception until viability - is part of her body and not imbued with any humanity or existence separate and apart from that of the woman herself.

13.	Consistent with the TST Tenets III and V, TST members believe a woman who carries a Prenatal Person (as that term is defined in the Complaint at ¶12) in her uterus without her consent must remove that Prenatal Person from her body provided it can be done without jeopardy to her own health and safety.

14.	TST members hold these beliefs without regard to gender or whether they are pregnant.

---

[1] The dictionary defines a Satanist as "a person who engages in any of a highly diverse group of religious, philosophical, or countercultural practices centered around Satan, either as a deity or a nontheistic symbol of enlightenment, individualism, or ethical egoism." https://www.dictionary.com/browse/satanist, last visited April 21, 2023

15. The concept that a human being comes into existence at conception and must be carried to term by the mother is antithetical to the TST Tenets and deeply offensive to TST members.

16. Pregnant TST members can and do get abortions, where they are legal, to terminate an unwanted pregnancy as an exercise of their religious beliefs pursuant to the Satanic Abortion Ritual, a copy of which is attached as Exhibit A to the Complaint.

17. Pregnant TST members in Idaho could get abortions in the exercise of the Satanic Abortion Ritual prior to August 25, 2022.

18. TST, doing business as TST Health, Inc., has spent over $100,000 to establish and operate an abortion clinic in New Mexico (the "TST Clinic").

19. The purpose of the TST Clinic is to:

   A. Promote the Satanic Abortion Ritual;

   B. Prescribe mifeprestone and misoprostol ("Abortifacients") to pregnant members of TST nationwide using telemedicine ("Medical Abortions"); and

   C. Deliver Abortifacients to TST members nationwide for use in Medical Abortions by mail and other means;

   D. Counsel TST members on the use of Abortifacients in the Satanic Abortion; and

   E. Counsel TST members on the application of the Satanic Abortion Ritual to surgical abortions

20. The TST Clinic was established in response to the bans on abortion in Idaho and other states.

21. The TST Clinic became operational on February 14, 2023. It has received hundreds of inquiries from TST members about its services. It has served dozens of patients in the two months it has been operational and prescribed Abortifacients to numerous women for purposes of engaging in the Satanic Abortion Ritual.

22. Given this enthusiastic reception by TST members, it is highly likely that one or more of TST members in Idaho would use the unique services of the TST Clinic but for the Idaho Abortion Bans.

23. The TST Clinic employs licensed medical professionals who can and do, in their medical judgment, safely prescribe Abortifacients in accordance with FDA regulations to TST members for inducing abortions at home.

24. Those licensed medical professionals could safely prescribe Abortifacients in accordance with FDA regulations to TST members in Idaho for inducing abortions at home. The cost to become registered in the State of Idaho to make such prescriptions is about $300.

25. The TST Clinic would provide Medical Abortions to TST members in Idaho, provided it could do so lawfully.

26. The TST Clinic does not prescribe Abortifacients to TST members in Idaho due to the threat of criminal prosecution and jeopardy to the professional licenses of its staff for violating the Idaho Abortion Bans (as defined in the Complaint at ¶24).

27. The creation of the TST Clinic has resulted in a diversion of TST resources from other programs and the corresponding reduction of TST's ability to promote the TST Tenets by other means.

April 26, 2023


Erin Helian

# EXHIBIT A



**The Commonwealth of Massachusetts**
**William Francis Galvin**

**Minimum Fee: $35.00**

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## Articles of Organization

(General Laws, Chapter 180)

**Identification Number:** 001299281

### ARTICLE I

The exact name of the corporation is:

THE SATANIC TEMPLE

### ARTICLE II

The purpose of the corporation is to engage in the following business activities:

THIS CORPORATION IS ORGANIZED AS A TAX-EXEMPT ORGANIZATION EXCLUSIVELY FOR ONE OR MORE OF THE PURPOSES SPECIFIED UNDER SECTION 501(C) OF THE INTERNAL RE VENUE CODE. SPECIFICALLY, THE CORPORATION IS ORGANIZED AS A CHURCH OR RELIGI OUS INSTITUTION AS DESCRIBED UNDER 501(C)(3). THE PURPOSE OF THE CORPORATION IS TO ENGAGE IN THE FOLLOWING ACTIVITIES: A) THE PROMOTION OF THE BELIEFS, IDEALS, AND TENETS OF THE RELIGION. B) MUTUAL SUPPORT AND ASSISTANCE OF THE RELIGIO N'S MEMBERS. C) HOLDING RELIGIOUS EVENTS AND CEREMONIES. D) INTERACTION WITH THE COMMUNITIES WITHIN WHICH THE CHURCH HAS A PRESENCE. E) TO ENGAGE IN SUC H OTHER ACTIVITIES CONSISTENT WITH THE OPERATION OF A NON-PROFIT CHURCH AS D ESCRIBED BY SECTION 501(C)(3) OF THE INTERNAL REVENUE CODE OR CORRESPONDING S ECTION OF ANY FUTURE FEDERAL TAX CODE.

### ARTICLE III

A corporation may have one or more classes of members. If it does, the designation of such classes, the manner of election or appointments, the duration of membership and the qualifications and rights, including voting rights, of the members of each class, may be set forth in the by-laws of the corporation or may be set forth below:

AS STATED IN THE BYLAWS OF THE CORPORATION

### ARTICLE IV

Other lawful provisions, if any, for the conduct and regulation of the business and affairs of the corporation, for its voluntary dissolution, or for limiting, defining, or regulating the powers of the corporation, or of its directors or members, or of any class of members, are as follows:
*(If there are no provisions state "NONE")*

UPON DISSOLUTION OF THIS CORPORATION, ITS ASSETS REMAINING AFTER PAYMENT OR PROVISION FOR PAYMENT, OF ALL DEBTS AND LIABILITIES OF THIS CORPORATION, SHAL L BE DISTRIBUTED FOR ONE OR MORE EXEMPT PURPOSES WITHIN THE MEANING OF SECTI ON 501{C)(3) OF THE INTERNAL REVENUE CODE OR SHALL BE DISTRIBUTED TO THE FEDER AL GOVERNMENT, OR TO A STATE OR LOCAL GOVERNMENT, FOR A PUBLIC PURPOSE. NO

SUBSTANTIAL PART OF THE ACTIVITIES OF THIS CORPORATION SHALL BE THE CARRYING ON OF PROPAGANDA, OR OTHERWISE ATTEMPTING TO INFLUENCE LEGISLATION (EXCEPT AS OTHERWISE PROVIDED BY SECTION 501 (H) OF THE INTERNAL REVENUE CODE) AND TH IS CORPORATION SHALL NOT PARTICIPATE IN, OR INTERVENE IN (INCLUDING THE PUBLIS HING OR DISTRIBUTION OF STATEMENTS), ANY POLITICAL CAMPAIGN ON BEHALF OF, OR IN OPPOSITION TO ANY CANDIDATE FOR PUBLIC OFFICE. NOTWITHSTANDING ANY OTHE R PROVISIONS OF THESE BYLAWS, THIS CORPORATION SHALL NOT CARRY ON ANY ACTI VITIES NOT PERMITTED TO BE CARRIED ON (A) BY A CORPORATION EXEMPT FROM FEDER AL INCOME TAX UNDER SECTION 501(C)(3) OF THE INTERNAL REVENUE CODE OR (B) BY A CORPORATION, CONTRIBUTIONS TO WHICH ARE DEDUCTIBLE UNDER SECTION 170(C)(2) O F THE INTERNAL REVENUE CODE. NO PART OF THE NET EARNINGS OF THIS CORPORATION SHALL INURE TO THE BENEFIT OF, OR BE DISTRIBUTABLE TO. ITS MEMBERS. DIRECTORS. O FFICERS. OR OTHER PRIVATE

*Notes: The preceding four (4) atricles are considered to be permanent and may only be changed by filing appropriate Articles of Amendment.*

**ARTICLE V**

The by-laws of the corporation have been duly adopted and the initial directors, president, treasurer and clerk or other presiding, financial or recording officers, whose names are set out on the following page, have been duly elected.

**ARTICLE VI**

The effective date of organization of the corporation shall be the date approved and filed by the Secretary of the Commonwealth. If a *later* effective date is desired, specify such date which shall not be more than *thirty days* after the date of filing.

**ARTICLE VII**

The information contained in Article VII is not a permanent part of the Articles of Organization.

**a. The street address *(post office boxes are not acceptable)* of the principal office of the corporation *in Massachusetts* is:**

No. and Street: 64 BRIDGE STREET
City or Town: SALEM State: MA Zip: 01970 Country: USA

**b. The name, residential street address and post office address of each director and officer of the corporation is as follows:**

| **Title** | **Individual Name**<br>First, Middle, Last, Suffix | **Address** (no PO Box)<br>Address, City or Town, State, Zip Code | **Expiration of Term** |
|---|---|---|---|
| PRESIDENT | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288<br>SOMERVILLE, MA 02143 USA<br>519 SOMERVILLE AVENUE #288<br>SOMERIVLLE, MA 02143 USA | 12/31/2019 |
| TREASURER | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288<br>SOMERVILLE, MA 02143 USA<br>519 SOMERVILLE AVENUE #288<br>SOMERIVLLE, MA 02143 USA | 12/31/2019 |
| CLERK | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288<br>SOMERVILLE, MA 02143 USA<br>519 SOMERVILLE AVENUE #288<br>SOMERIVLLE, MA 02143 USA | 12/31/2019 |
| DIRECTOR | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288<br>SOMERVILLE, MA 02143 USA<br>519 SOMERVILLE AVENUE #288<br>SOMERIVLLE, MA 02143 USA | 12/31/2019 |


**c. The fiscal year (i.e., tax year) of the business entity shall end on the last day of the month of:**
December

**d. The name and business address of the resident agent, if any, of the business entity is:**

Name: DOUGLAS MISICKO
No. and Street: 519 SOMERVILLE AVENUE
#288
City or Town: SOMERILLE State: MA Zip: 02143 Country: USA

**I/We, the below signed incorporator(s), do hereby certify under the pains and penalties of perjury that I/we have not been convicted of any crimes relating to alcohol or gaming within the past ten years. I/We do hereby further certify that to the best of my/our knowledge the above-named officers have not been similarly convicted. If so convicted, explain:**

**IN WITNESS WHEREOF AND UNDER THE PAINS AND PENALTIES OF PERJURY, I/we, whose signature(s) appear below as incorporator(s) and whose name(s) and business or residential address (es) beneath each signature do hereby associate with the intention of forming this business entity under the provisions of General Law, Chapter 180 and do hereby sign these Articles of Organization as incorporator(s) this 14 Day of November, 2017.** *(If an existing corporation is acting as incorporator, type in the exact name of the business entity, the state or other jurisdiction where it was incorporated, the name of the person signing on behalf of said business entity and the title he/she holds or other authority by which such action is taken.)*
DOUGLAS MISICKO 519 SOMERVILLE AVENUE #288 SOMERVILLE, MA 02143

© 2001 - 2017 Commonwealth of Massachusetts
All Rights Reserved

THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

November 14, 2017 10:04 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

**EXHIBIT B**

# Secretary of the Commonwealth of Massachusetts

William Francis Galvin

## Business Entity Summary

**ID Number: 001299281**

Request certificate New search

**Summary for: THE SATANIC TEMPLE, INC.**

**The exact name of the Religious (Chapter 180):** THE SATANIC TEMPLE, INC.

**The name was changed from:** THE SATANIC TEMPLE **on** 05-24-2019

**Entity type:** Religious (Chapter 180)

**Identification Number:** 001299281

**Date of Organization in Massachusetts:**
11-14-2017

**Last date certain:**

**Current Fiscal Month/Day:** 12/31

**The location of the Principal Office in Massachusetts:**

Address: 64 BRIDGE STREET

City or town, State, Zip code, Country: SALEM, MA 01970 USA

**The name and address of the Resident Agent:**

Name: DOUGLAS MISICKO

Address: 64 BRIDGE STREET

City or town, State, Zip code, Country: SALEM, MA 01970 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| PRESIDENT | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288 SOMERVILLE, MA 02143 USA | 12-31-2019 |
| TREASURER | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288 SOMERVILLE, MA 02143 USA | 12-31-2019 |
| CLERK | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288 SOMERVILLE, MA 02143 USA | 12-31-2019 |
| DIRECTOR | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288 SOMERVILLE, MA 02143 USA | 12-31-2019 |

☐ **Consent** ☐ **Confidential Data** ☐ **Merger Allowed** ☐ **Manufacturing**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic

View filings

**Comments or notes associated with this business entity:**

New search