UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

---

THE SATANIC TEMPLE

    Plaintiff

v.

RAUL LABRADOR, in his capacity as the Attorney General of Idaho, JAN M. BENNETTS, in her capacity as Ada County Prosecutor, and THE STATE OF IDAHO

    Defendants

---

Index No. 1:22-cv-411

### DECLARATION OF DR. J.D.[1]

Dr. J.D., pursuant to 28 U.S.C. §1746, declares under penalty of perjury the following statements are true and correct:

    1.    I hold a Doctorate in Osteopathy and am a Fellow in The American Congress of Obstetricians and Gynecologists. I am licensed to practice medicine in four states. I have engaged in the practice of medicine as an obstetrics and gynecological specialist for over fifteen (15) years.

    2.    I make this declaration in opposition to the Defendants' motion to dismiss, ECF No. 23.

    3.    I have reviewed the First Amended Complaint (the "Complaint") in this action. The allegations made in the Complaint at ¶¶37 to 40, 44, 46, 48, 51, 52, 55 to 58, 61 to 65 and 67 to 70 are true.

---

[1] Original filed under seal.

4.      Virtually all scientific knowledge regarding the matters described in the preceding paragraph has been developed in the 20th and 21st Centuries. The scientific details for creating a human zygote and its progression and development to birth as a human being capable of self-sustaining life were unknown in the 18th and 19th Centuries.

5.      The fertility rate is a commonly used metric in obstetrics and expressed as the number of live births per 1,000 women of child-bearing age. The fertility rate in Idaho in 2021 (the last year for which statistics are available) was 60.7 per 1,000 women.[2]

6.       The induced abortion rate is a commonly used metric in obstetrics and expressed as the number of induced abortions per 1,000 women of child-bearing age. The induced abortion rate in Idaho in 2021 (the last year for which statistics are available) was 5.4 induced abortions per 1000 women.[3]

7.      I am advised there are 1,750 women of child-bearing age in Idaho who are members of The Satanic Temple ("TST"). It is my opinion, to a reasonable degree of medical probability based on the fertility and abortions rates for Idaho, that one hundred fifteen (115) TST members in Idaho are pregnant during the course of a year.[4] Many of them are Involuntarily Pregnant Women, as that term is defined in the Complaint at ¶8.

8.      Contraception is routinely used by sexually active women to prevent becoming pregnant. There are many different forms of contraception, each with its own unique characteristics and risks for failure. With the exception of sterilization by hysterectomy, no

---

[2] https://www.cdc.gov/nchs/pressroom/sosmap/fertility_rate/fertility_rates.htm last visited April 21, 2023

[3] https://publicdocuments.dhw.idaho.gov/WebLink/DocView.aspx?id=23524&dbid=0&repo=PUBLIC-DOCUMENTS&cr=1 at p.5. Last visited April 21, 2023.

[4] 1,750 women x (60.7 fertility rate + 5.2 abortion rate) = 115.3

method of contraception is fool proof.  Women using contraception are always at risk for getting pregnant, typically (though not always) due to a failure to correctly use their chosen method of contraception.

9. The National Institute of Health reports that 88.2% of all women ages 15 to 44 years used at least one form of contraception during their lifetime.  Among women who could become pregnant but did not wish to do so, 90% use some form of contraception.[5]

10. The Centers for Disease Control and Prevention report that one-half of all pregnancies in the U.S. are unintended.[6]

11. The National Institute of Health reports that 48% of unintended pregnancies are due to a failure in the use of birth control.[7]

12. Applying these statistics, it is my opinion, to a reasonable degree of medical probability, that twenty-seven (27) TST members in Idaho are Involuntarily Pregnant Women during the course of a year.[8]

April 24, 2023

_____/s/_____
Dr. J.D.

---

[5] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7533104/  last visited April 21, 2023
[6] https://www.cdc.gov/reproductivehealth/contraception/unintendedpregnancy/index.htm , last visited April 21, 2023
[7] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2386600/ , last visited April 21, 2023.
[8] 115 x .5 x .48 = 27.6