RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendants*

### UNITED STATE DISTRICT COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>　　Plaintiff,<br><br>v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of Idaho; and JAN M. BENNETTS, in her capacity as Ada County Prosecutor, and the State of Idaho,<br><br>　　Defendants. | Case No. 1:22-cv-411<br><br>**NOTICE OF APPEARANCE** |

　　NOTICE IS HEREBY GIVEN that Deputy Attorney General Timothy Longfield, hereby appears as an attorney of record for Defendants Raúl Labrador and

NOTICE OF APPEARANCE - 1

Jan M. Bennetts in the above-captioned matter. All future pleadings, submissions and correspondence should be addressed to Lincoln Davis Wilson, Brian V. Church and Timothy Longfield, Deputy Attorneys General, as counsel for Defendants.

DATED: May 4, 2023.

> STATE OF IDAHO
> OFFICE OF THE ATTORNEY GENERAL
>
> By: */s/ Timothy Longfield*
> TIMOTHY LONGFIELD
> Deputy Attorney General

NOTICE OF APPEARANCE - 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 4, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jeremiah M. Hudson
Fisher Hudson Shallat
jeremiah@fisherhudson.com

W. James Mac Naughton
wjm@wimesq.com

                                          */s/ Timothy Longfield*
                                          TIMOTHY LONGFIELD
                                          Deputy Attorney General