Jeremiah M. Hudson
Fisher Hudson Shallat
jeremiah@fisherhudson.com
ISB No. 8364
950 W. Bannock St., Suite 630
Boise, ID 83702
208-345-7000

W. James Mac Naughton, Esq.
wjm@wjmesq.com
NJSB No. 000701985
7 Fredon Marksboro Road
Newton, NJ 07860
732-213-8180
*Pro Hac Vice Application to Be Made*

*Attorneys for Plaintiff The Satanic Temple*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE<br><br>　　　　Plaintiff<br><br>　　v.<br><br>RAUL LABRADOR, et al<br><br>　　　　Defendants | Case No. 1:22-cv-411 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR REPLY**

Plaintiff The Satanic Temple ("TST") moves for leave to file a Sur Reply, annexed as Exhibit A, in further opposition to Defendants' Motion to Dismiss, ECF No. 23 (the "Motion") and in support thereof states:

1.　　On December 21, 2022, TST filed its First Amended Complaint (the "Complaint"), ECF No. 15.

1

2. The Complaint seeks a declaration that the Idaho statutes banning abortion (the "Idaho Abortion Bans") are unconstitutional under the Takings Clause, the Involuntary Servitude Clause and the Equal Protection Clause of the U.S. Constitution.

3. Defendants filed their Memorandum in Support of the Motion to Dismiss on March 14, 2023, ECF No. 23-1 (the "Memo in Support").

4. TST filed Plaintiff's Memorandum of Law in Opposition To Defendants' Motion To Dismiss on May 4, 2023, ECF No. 30 which addressed the issues raised in the Memo in Support.

5. Defendants filed their Reply in Support of Motion to Dismiss on June 1, 2023, ECF No. 35 (the "Reply"). The Reply raised, for the first time, the following arguments that were not made in the Memo in Support:

    a. The Satanic Temple purports to sue on behalf of women who wish to use its newly formed "Samuel Alito's Mom's Satanic Abortion Clinic"— located in New Mexico." Reply at p. 4.[1]

    b. [T]he Satanic Temple's "prescriber of Abortifacients" standing theory "relies on" several "highly attenuated chain[s] of possibilities" and "does not satisfy the requirement that threatened injury must be certainly impending," citing *Clapper v. Amnesty Int'l USA*, 568 U.S. 398, 410 (2013). Reply at p. 6.

    c. [F]ederal law bars the Satanic Temple from mailing any "article, instrument, substance, drug, medicine, or thing" that produces "abortion," citing 18 U.S.C. § 1461. Reply at p. 7.

    d. An organization . . . "cannot manufacture the injury by . . . simply choosing to spend money fixing a problem that otherwise would not affect the organization at all," citing *La Asociacion de Trabajadores de Lake Forest v. City of Lake Forest*, 624 F.3d 1083, 1088 (9th Cir. 2010). Reply at p. 8.

---

[1] ECF pagination is used.

  e. Idaho law . . . has never recognized a property right for a woman to abort a child, citing *Tyler v. Hennepin Cnty., Minn.*, No. 22-166, 2023 WL 3632754, at *5 (U.S. May 25, 2023). Reply at p. 9.

  f. Because the Satanic Temple mounts no defense of its state law religious freedom claims on the merits, the claims are abandoned and dismissal is appropriate. Reply at p. 11.

6. While the Federal Rules of Civil Procedure do not expressly permit the filing of a sur-reply, this Court has recognized that a [party]'s reply brief may justify a sur reply in appropriate circumstances." *Gordan Ocampo v. Corizon*, *LLC*, 2019 WL 1495251, at *3 (D. Idaho April 4, 2019). Leave to file a sur-reply is discretionary but should only be granted "where a valid reason for such additional briefing exists, such as the movant raises new arguments in its reply brief." *Hill v. England*, No. CVF05869RECTAG, 2005 WL 3031136, at *1 (E.D. Cal. Nov. 8, 2005); *see also Edwards v. Mondora*, 700 F. App'x 661, 664 (9th Cir. 2017).

7. TST respectfully requests leave to file the attached Sur Reply to address the arguments and issues raised for the first time in Defendants' Reply.

June 16, 2023

             *Jeremiah M. Hudson*
             Jeremiah M. Hudson
             Fisher Hudson Shallat
             950 W. Bannock St.
             Suite 630,
             Boise, ID 83702
             jeremiah@fisherhudson.com
             208-345-7000
             *Attorney for Plaintiff The Satanic Temple*

             *W. James Mac Naughton*
             W. James Mac Naughton, Esq.
             7 Fredon Marksboro Road
             Newton, NJ 07860
             wjm@wjmesq.com
             732-213-8180
             *Attorney for Plaintiff The Satanic Temple*

4

Motion for Leave To File Sur Reply

## CERTIFICATE OF SERVICE

I Hereby Certify that on the date of this pleading, I electronically filed it with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

BRIAN V. CHURCH
Deputy Attorney General
brian.church@ag.idaho.gov

DAYTON P. REED
Deputy Attorney General
dayton.reed@ag.idaho.gov

/s/ W. James Mac Naughton