RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendants*

## UNITED STATE DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>　　　Plaintiff,<br><br>v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of Idaho; and JAN M. BENNETTS, in her capacity as Ada County Prosecutor, and the State of Idaho,<br><br>　　　Defendants. | Case No. 1:22-cv-00411-DCN<br><br>**RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR REPLY** |

The Satanic Temple has asked for leave to file a 10-page sur-reply, claiming the State raised new issues in its reply brief, Dkt. 35. *See* Dkts. 36, 36-1. The Court has requested the State's position, if any, on The Satanic Temple's request. *See* Dkt. 37. Recognizing that a sur-reply is a discretionary decision, *see Ingram v. Mouser*, No. 1:19-cv-00308-DCN, 2023 WL 1822293 at *2 (D. Idaho Feb. 8, 2023), the State notifies the Court that it does not oppose The Satanic Temple's request. The State disagrees with The Satanic Temple that the points it identifies in the State's reply brief were improperly raised. The State is allowed to respond to arguments made in the response brief. *E.g., Charter Oak Fire Ins. Co. & Travelers Property Casualty Co. of Am. v. Chas. H. Beresford Co., Inc.*, 575 F. Supp. 3d 1313, 1318 (W.D. Wash. 2021); *Chemence Med. Prods., Inc. v. Medline Indus., Inc.*, 119 F. Supp. 3d 1376, 1383 (N.D. Ga. 2015). And so, while the State believes a sur-reply is unnecessary in this case, the State does not oppose The Satanic Temple's motion for leave to file one, Dkt. 36.

DATED: June 26, 2023.

          STATE OF IDAHO
          OFFICE OF THE ATTORNEY GENERAL

By: */s/ Lincoln Davis Wilson*
    LINCOLN DAVIS WILSON
    Chief, Civil Litigation and
    Constitutional Defense
    BRIAN V. CHURCH
    Deputy Attorney General
    TIMOTHY J. LONGFIELD
    Deputy Attorney General

**CERTIFICATE OF SERVICE**

I Hereby Certify that on June 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jeremiah M. Hudson
Fisher Hudson Shallat
jeremiah@fisherhudson.com

W. James Mac Naughton
wjm@wimesq.com

>   */s/ Lincoln Davis Wilson*
>   Lincoln Davis Wilson
>   Chief, Civil Litigation and
>   Constitutional Defense