RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendants*

## UNITED STATE DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>　　Plaintiff,<br><br>v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of Idaho; and JAN M. BENNETTS, in her capacity as Ada County Prosecutor, and the State of Idaho,<br><br>　　Defendants. | Case No. 1:22-cv-411-DCN<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Deputy Attorney General Timothy Longfield, co-counsel for Defendants, hereby withdraws as an attorney of record for

NOTICE OF WITHDRAWAL OF COUNSEL – 1

Defendants and requests that his name be removed as attorney of record. Deputy Attorneys General Lincoln Davis Wilson and Brian V. Church will continue as counsel of record for Defendants.

DATED: September 5, 2023.

STATE OF IDAHO  
OFFICE OF THE ATTORNEY GENERAL

By: /s/ Timothy Longfield  
TIMOTHY LONGFIELD  
Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jeremiah M. Hudson  
Fisher Hudson Shallat  
jeremiah@fisherhudson.com

W. James Mac Naughton  
wjm@wimesq.com

/s/ Timothy Longfield  
TIMOTHY LONGFIELD  
Deputy Attorney General