RAÚL R. LABRADOR
ATTORNEY GENERAL

JOSHUA N. TURNER, ISB #12193
DEPUTY SOLICITOR GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and
Constitutional Defense
BRIAN V. CHURCH, ISB #9391
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
josh.turner@ag.idaho.gov

*Attorneys for Defendants*

## UNITED STATE DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>　　Plaintiff,<br><br>v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of Idaho; and JAN M. BENNETTS, in her capacity as Ada County Prosecutor, and the State of Idaho,<br><br>　　Defendants. | Case No. 1:22-cv-411<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Deputy Solicitor General Joshua N. Turner, hereby appears as an attorney of record for Defendants Raúl Labrador and Jan M. Bennetts in the above captioned matter. All future pleadings, submissions and correspondence should be addressed to Joshua N. Turner, Deputy Solicitor General, as counsel for Defendants.

DATED: September 26, 2023.

           STATE OF IDAHO
           OFFICE OF THE ATTORNEY GENERAL

By: */s/ Joshua N. Turner*
     JOSHUA N. TURNER
     Deputy Solicitor General

     LINCOLN DAVIS WILSON
     Chief, Civil Litigation and
     Constitutional Defense
     BRIAN V. CHURCH
     Deputy Attorney General

**CERTIFICATE OF SERVICE**

I Hereby Certify that on September 26, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jeremiah M. Hudson
Fisher Hudson Shallat
jeremiah@fisherhudson.com

W. James Mac Naughton
wjm@wimesq.com

By: */s/ Joshua N. Turner*
      Joshua N. Turner
      Deputy Solicitor General