RAÚL R. LABRADOR
ATTORNEY GENERAL

Lincoln Davis Wilson, ISB #11860
Chief, Civil Litigation and
Constitutional Defense

Joshua N. Turner, ISB #12193
Deputy Solicitor General
Brian V. Church, ISB #9391
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
josh.turner@ag.idaho.gov
brian.church@ag.idaho.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>      Plaintiff,<br><br>v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of Idaho; and JAN M. BENNETTS, in her capacity as Ada County Prosecutor, and the State of Idaho,<br><br>      Defendants. | Case No. 1:22-cv-411-DCN<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Deputy Attorney General Lincoln Davis Wilson, co-counsel for Defendants, hereby withdraws as an attorney of record for Defendants and requests that his name be removed as an attorney of record. Deputy Solicitor General Joshua N. Turner and Deputy Attorney General Brian V. Church will continue as counsel of record for Defendants.

DATED: October 6, 2023.

                                 STATE OF IDAHO
                                 OFFICE OF THE ATTORNEY GENERAL

                             By: /s/ *Lincoln Davis Wilson*
                                 LINCOLN DAVIS WILSON
                                 Chief, Civil Litigation and
                                 Constitutional Defense

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 6, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jeremiah M. Hudson
Fisher Hudson Shallat
jeremiah@fisherhudson.com

W. James Mac Naughton
wjm@wimesq.com

                                 /s/ *Lincoln Davis Wilson*
                                 LINCOLN DAVIS WILSON
                                 Chief, Civil Litigation and
                                 Constitutional Defense