RAÚL R. LABRADOR
ATTORNEY GENERAL

JOSHUA N. TURNER, #12193
Acting Solicitor General

BRIAN V. CHURCH, ISB #9391
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
josh.turner@ag.idaho.gov
brian.church@ag.idaho.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>    Plaintiff,<br><br>v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of Idaho; and JAN M. BENNETTS, in her capacity as Ada County Prosecutor, and the State of Idaho,<br><br>    Defendants. | Case No. 1:22-cv-411<br><br>**NOTICE OF SUPPLE-MENTAL AUTHORITY** |

On October 25, 2023, the United States District Court for the Southern District of Indiana dismissed Plaintiffs' materially similarly lawsuit for lack of Article III standing. Because many, if not all, of the same jurisdictional issues are relevant to Defendants' pending Motion to Dismiss, Defendants provide the Court with notice of *Satanic Temple, Inc. v. Rokita,* No. 1:22-cv-01859-JMS-MG, 2023 WL 7016211 (S.D. Ind. Oct. 25, 2023), appeal docketed, No. 23-3247 (7th Cir. Nov. 22, 2023), which is attached as Exhibit A here.

DATED: December 4, 2023.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By: */s/ Joshua N. Turner*
      Joshua N. Turner
      Acting Solicitor General
      Brian V. Church
      Deputy Attorney General

**CERTIFICATE OF SERVICE**

I Hereby Certify that on December 4, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jeremiah M. Hudson
Fisher Hudson Shallat
jeremiah@fisherhudson.com

W. James Mac Naughton
wjm@wimesq.com

*/s/ Joshua N. Turner*
Joshua N. Turner
Acting Solicitor General