Jeremiah M. Hudson
Fisher Hudson Shallat
jeremiah@fisherhudson.com
ISB No. 8364
950 W. Bannock St., Suite 630
Boise, ID 83702
208-345-7000

W. James Mac Naughton, Esq.
wjm@wjmesq.com
NJSB No. 000701985
7 Fredon Marksboro Road
Newton, NJ 07860
732-213-8180
*Attorneys for Plaintiff The Satanic Temple*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE<br><br>　　　　Plaintiff<br><br>　　v.<br><br>RAUL LABRADOR, in his<br>capacity as the Attorney General of<br>Idaho, JAN M. BENNETTS, in<br>her capacity as Ada County Prosecutor,<br>and THE STATE OF IDAHO<br><br>　　　　Defendants | Index No. 1:22-cv-411 |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff directs the Court's attention to *GenBioPro, Inc. v. Sorsaia*, Civil Action 3:23-0058 (S.D.W.Va. Aug. 24, 2023) ("*GenBioPro*"), that bears on the pending Motion to Dismiss, ECF No. 23. A copy of the opinion is attached as Exhibit A.

GenProBio is the only US manufacturer of generic mifepristone. It asserted in *GenProBio* that the regulatory scheme for mifepristone adopted by the Food and Drug

1

Administration ("FDA") pursuant to 21 U.S.C. § 355-1 pre-empts the abortion restrictions of the State of West Virginia that interfere with the distribution of mifeprestone to pregnant women.

The Hon. Robert C. Chambers, U.S.D.J. previously ruled GenBioPro had standing to assert the claim, citing many of the same authorities relied on by Plaintiff in this case. *GenBioPro, Inc. v. Sorsaia*, Civil Action 3:23-0058 (S.D.W.Va. May 2, 2023), attached as Exhibit B.  Judge Chambers said, "lost business opportunities are a form of economic injury" and "there is no per se requirement to show past sales in order to demonstrate economic injury caused by statutes which constrict potential markets."  *Id*. at *9 and *11.

Judge Chambers then ruled the FDA's regulatory scheme, commonly known as Risk Evaluation and Mitigation Strategy ("REMS") pre-empts state regulation of the distribution of mifeprestone by telemedicine pursuant to 21 U.S.C. § 355-1(f)(3)(C).  The Court said REMS alone "dictates the manner in which mifepristone may be prescribed."  See *GenBioPro* at *25. Plaintiff can, pursuant to REMS, lawfully prescribe mifeprestone to Idaho residents upon the registration of one of its an Advanced Registered Nurse Practitioners in Idaho at a cost of $300. See Declaration of Erin Helian dated April 23, 2023 at ¶¶23 to 25, ECF No. 31.

Plaintiff brought *GenBioPro* to the Court's attention in *The Satanic Temple v. Rokita et al*, Case No. 1:22-cv-01859-JMS-MG ("*Rokita*") but the Court refused to consider it solely on procedural grounds.  See ECF No. 45-1 at p. 16, ftnt. 3.  The Satanic Temple timely filed an appeal of the *Rokita* decision on November 22, 2023.

December 4, 2023

*Jeremiah M. Hudson*
Jeremiah M. Hudson
Fisher Hudson Shallat
950 W. Bannock St.
Suite 630,
Boise, ID 83702

jeremiah@fisherhudson.com
208-345-7000
*Attorney for Plaintiff The Satanic Temple*

<u>*W. James Mac Naughton*</u>
W. James Mac Naughton, Esq.
7 Fredon Marksboro Road
Newton, NJ 07860
wjm@wjmesq.com
732-213-8180
*Attorney for Plaintiff The Satanic Temple*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date of this pleading, I electronically filed it with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

BRIAN V. CHURCH
Deputy Attorney General
brian.church@ag.idaho.gov

DAYTON P. REED
Deputy Attorney General
dayton.reed@ag.idaho.gov

*/s/ W. James Mac Naughton*