# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

**(X) Motion hearing [23]**

U.S. District Judge:   David C. Nye          Date: December 6, 2023
Deputy Clerk: Patti Richmond                 Time: 10:00 – 10:56 am
Court Reporter: Anne Bowline                 Place:  Boise, ID

## THE SATANIC TEMPLE v BRAD LITTLE, et al
## 1:22-cv-411-DCN

Counsel for Plaintiff: William J. Mac Naughton (argue), Jeremiah M. Hudson
Counsel for Defendant: Joshua Turner (argue), Brian V. Church

After hearing arguments from counsel, the Court took this matter under advisement with a written decision to be forthcoming.