UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE SATANIC TEMPLE,<br><br>    Plaintiff,<br><br>v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of Idaho; JAN M. BENNETTS, in her capacity as Ada County Prosecutor; and THE STATE OF IDAHO,<br><br>    Defendants. | Case No. 1:22-cv-00411-DCN<br><br>**JUDGMENT** |

In accordance with the Court's Memorandum Decision and Order entered concurrently herewith,

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Defendants and this case CLOSED.

DATED: January 31, 2024

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT – 1