Jeremiah M. Hudson
Fisher Hudson Shallat
jeremiah@fisherhudson.com
ISB No. 8364
950 W. Bannock St., Suite 630
Boise, ID 83702
208-345-7000

W. James Mac Naughton, Esq.
wjm@wjmesq.com
NJSB No. 000701985
7 Fredon Marksboro Road
Newton, NJ 07860
732-213-8180
*Attorneys for Plaintiff The Satanic Temple*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| THE SATANIC TEMPLE<br><br>　　　　Plaintiff<br><br>　v.<br><br>RAUL LABRADOR, in his<br>capacity as the Attorney General of<br>Idaho, JAN M. BENNETTS, in<br>her capacity as Ada County Prosecutor,<br>and THE STATE OF IDAHO<br><br>　　　　Defendants | Index No. 1:22-cv-411 |

**AMENDED DOCKETING STATEMENT**

1. Jurisdiction of the District Court.

The District Court's jurisdiction is based on 28 U.S.C. §1331 because the resolution of

Plaintiff's claims presents questions of federal law arising under 42 U.S.C. § 1983 and the First,

Fifth, Thirteenth and Fourteenth Amendments to the U.S. Constitution.

2. Jurisdiction of the Circuit Court.

Plaintiff appeals the order and judgment of the United States District Court for the District of Idaho entered January 31, 2024, dismissing the complaint, ECF Nos. 49 and 50. The Notice of Appeal was timely filed on February 29, 2024, ECF No. 51.

March 1, 2024

*W. James Mac Naughton*
W. James Mac Naughton, Esq.
7 Fredon Marksboro Road
Newton, NJ 07860
wjm@wjmesq.com
*Attorney for Plaintiff The Satanic Temple*

*Jeremiah M. Hudson*
Jeremiah M. Hudson
Fisher Hudson Shallat
jeremiah@fisherhudson.com
ISB No. 8364
950 W. Bannock St., Suite 630
Boise, ID 83702
*Attorney for Plaintiff The Satanic Temple*

## CERTIFICATE OF SERVICE

I Hereby Certify that on the date of this pleading, I electronically filed it with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

BRIAN V. CHURCH
Deputy Attorney General
brian.church@ag.idaho.gov

DAYTON P. REED
Deputy Attorney General
dayton.reed@ag.idaho.gov

                                                */s/ W. James Mac Naughton*