

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:           24-1243
Originating Case Number:   1:22-cv-00411-DCN

Case Title:                The Satanic Temple v. Labrador, et al.

**Wednesday, March 6, 2024**
The Satanic Temple                                  Mediation Questionnaire due

**Thursday, March 14, 2024**
The Satanic Temple                                  Appeal Transcript Order Due

**Monday, April 15, 2024**
The Satanic Temple                                  Appeal Transcript Due

**Thursday, May 23, 2024**
The Satanic Temple                                  Appeal Opening Brief Due

**Monday, June 24, 2024**
Raul Labrador                                          Appeal Answering Brief Due
Jan M Bennetts                                        Appeal Answering Brief Due
State of Idaho                                           Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**